1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2716



**FILED**

MAR 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF ) | No. 2:06-SW-341 DAD |
| ) | |
| 2003 DUCATI MOTORCYCLE ) | **APPLICATION TO UNSEAL SEIZURE WARRANT AND ITS SUPPORTING DOCUMENTS IN REDACTED FORM AND [proposed] ORDER** |
| ) | |

   On November 8, 2006, the Honorable Dale A. Drozd issued seizure warrant number 2:06-SW-341 DAD and sealed it and its supporting documents until further order of the Court.  Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK.  The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

   However, because the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant contains sensitive financial and victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the

///
///

1

1  United States will provide to the Clerk forthwith.
2  Dated: March 24, 2008

4                                          Respectfully submitted,
5                                          McGREGOR W. SCOTT
                                           United States Attorney
7                                  By:     /s/ Ellen V. Endrizzi
                                           ELLEN V. ENDRIZZI
8                                          Assistant U.S. Attorney

11                       **O R D E R**

12      Upon application of the United States of America and good cause
13  having been shown,
14      IT IS HEREBY ORDERED that the United States' Motion To Unseal
15  the documents filed in case number 2:06-SW-341 DAD is GRANTED.
16      IT IS FURTHER ORDERED that, when making these documents
17  available to the public, the Clerk of the Court must substitute the
18  redacted version of the Affidavit of Christopher S. Fitzpatrick in
19  Support of Seizure Warrant, as provided by the United States, for the
20  original affidavit.

22  DATED: March 24, 2008

                                           /s/ Edmund F. Brennan
                                           HONORABLE EDMUND F. BRENNAN
24                                         United States Magistrate Judge